| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>MICHAEL J GRUBER<br>JENNIFER P GRUBER | Case No.: 16-22523<br><br>Adv. No.:<br><br>Hearing Date:  06/21/2018<br><br>Judge:  VFP |

## CERTIFICATION OF SERVICE

1. I, Jeannine VanSant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the   above captioned matter.

2. On, 05/03/2018, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
MICHAEL J GRUBER
JENNIFER P GRUBER
0-174 TUNBRIDGE RD
FAIR LAWN, NJ  07410
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
HARVEY I. MARCUS ESQ
250 PEHLE AVENUE
SUITE 200
SADDLE BROOK, NJ  07663
Mode of Service:  Regular Mail

---

Dated:  May 03, 2018

By:  /S/  Jeannine VanSant
         Jeannine VanSant