HARVEY I. MARCUS ESQ
250 PEHLE AVENUE
SUITE 200
SADDLE BROOK, NJ  07663

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 16-22523

Re:   MICHAEL J GRUBER                                  Atty:   HARVEY I. MARCUS ESQ
      JENNIFER P GRUBER                                         250 PEHLE AVENUE
      0-174 TUNBRIDGE RD                                        SUITE 200
      FAIR LAWN,  NJ  07410                                     SADDLE BROOK, NJ  07663

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $49,105.00**

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/08/2016 | $475.00 | 3149292000 - | 08/01/2016 | $475.00 | 3200585000 - |
| 08/31/2016 | $475.00 | 3282211000 - | 10/03/2016 | $475.00 | 3367386000 - |
| 10/27/2016 | $475.00 | 3427412000 - | 12/02/2016 | $475.00 | 3520258000 - |
| 12/27/2016 | $475.00 | 3576632000 - | 01/31/2017 | $475.00 | 3671009000 - |
| 03/01/2017 | $475.00 | 3753318000 - | 03/31/2017 | $715.00 | 3836957000 - |
| 04/17/2017 | $47.00 | 3886920000 - | 05/01/2017 | $762.00 | 3918788000 - |
| 05/01/2017 | $7,116.00 | 3918834000 - | 06/28/2017 | $374.00 | 4076670000 - |
| 07/31/2017 | $762.00 | 4161773000 - | 08/31/2017 | $762.00 | 4243734000 - |
| 10/02/2017 | $762.00 | 4321744000 - | 10/31/2017 | $762.00 | 4400727000 - |
| 12/04/2017 | $762.00 | 4494088000 - | 12/29/2017 | $762.00 | 4551654000 - |
| 02/01/2018 | $762.00 | 4633712000 - | 03/01/2018 | $762.00 | 4710543000 - |
| 04/02/2018 | $762.00 | 4793131000 | 05/01/2018 | $762.00 | 4874116000 |
| 06/01/2018 | $762.00 | 4954336000 | 07/02/2018 | $762.00 | 5039517000 |
| 07/31/2018 | $762.00 | 5109879000 | 08/30/2018 | $762.00 | 5188345000 |
| 10/01/2018 | $762.00 | 5276673000 | 10/31/2018 | $762.00 | 5352082000 |
| 12/03/2018 | $762.00 | 5432328000 | 12/28/2018 | $762.00 | 5494545000 |

**Total Receipts: $27,005.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $27,005.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DITECH FINANCIAL LLC | | | | | | |
| | 12/19/2016 | $240.60 | 769,673 | 01/17/2017 | $446.98 | 771,639 |
| | 02/21/2017 | $446.98 | 773,469 | 04/14/2017 | $93.96 | 777,217 |
| | 05/15/2017 | $672.82 | 779,100 | 06/19/2017 | $7,457.43 | 781,047 |
| | 08/14/2017 | $351.93 | 784,900 | 09/25/2017 | $717.04 | 786,777 |
| | 10/16/2017 | $717.04 | 788,785 | 11/20/2017 | $717.04 | 790,365 |
| | 12/18/2017 | $717.04 | 792,303 | 01/22/2018 | $717.04 | 794,126 |
| | 02/20/2018 | $717.04 | 796,040 | 03/19/2018 | $717.04 | 797,821 |
| | 04/16/2018 | $717.04 | 799,680 | 05/14/2018 | $720.85 | 801,564 |
| | 06/18/2018 | $720.85 | 803,448 | 07/16/2018 | $720.85 | 805,463 |
| | 08/20/2018 | $720.85 | 807,317 | 09/17/2018 | $720.85 | 809,308 |

**Chapter 13 Case # 16-22523**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| US BANK TRUST NA | | | | | | | |
| | 10/22/2018 | $739.14 | 811,141 | | 11/19/2018 | $718.57 | 813,108 |
| | 12/17/2018 | $718.57 | 814,988 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,540.31 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,800.00 | 100.00% | 2,800.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 6,144.41 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,232.14 | * | 0.00 | |
| 0006 | CAPITAL ONE BANK | UNSECURED | 4,926.26 | * | 0.00 | |
| 0007 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,012.07 | * | 0.00 | |
| 0012 | US BANK TRUST NA | MORTGAGE ARRE | 36,193.38 | 100.00% | 21,946.12 | |
| 0014 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CAPITAL ONE NA | UNSECURED | 696.00 | * | 0.00 | |
| 0021 | ECMC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | MIDLAND FUNDING LLC | UNSECURED | 1,507.99 | * | 0.00 | |
| 0028 | TD BANK USA NA | UNSECURED | 2,736.14 | * | 0.00 | |
| 0034 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0035 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | FED LOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | FED LOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | ECMC | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | MMCA | UNSECURED | 4,845.73 | * | 0.00 | |

**Total Paid: $26,286.43**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $27,005.00    -    Paid to Claims: $21,946.12    -    Admin Costs Paid: $4,340.31    =    Funds on Hand: $718.57

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.