**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael J Gruber | Social Security number or ITIN  xxx–xx–7610 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Jennifer P Gruber | Social Security number or ITIN  xxx–xx–4702 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–22523–VFP | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J Gruber                                        Jennifer P Gruber

<u>8/19/21</u>                                **By the court:** <u>Vincent F. Papalia</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J Gruber  
Jennifer P Gruber  
    Debtors

Case No. 16-22523-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Aug 19, 2021     Form ID: 3180W     Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J Gruber, Jennifer P Gruber, 0-174 Tunbridge Rd, Fair Lawn, NJ 07410-5404 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | U.S. Bank Trust N.A. Participation Trust, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 516497819 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516261731 | + | Fed Loan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 516261732 | + | Fed Loan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 516261736 | + | MMCA/c!, 3120 Rider Trail, Earth City, MO 63045-1518 |
| 516261737 | + | Mmca/c1, Attention: Banktruptcy Department, 3120 Rider Trail S, Earth City, MO 63045-1518 |
| 516261741 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Rd, Ste 100, Mount Laurel, NJ 08054-3437 |
| 516261743 | | State of New Jersey, PO Box 245, Trenton, NJ 08602-0245 |
| 516469406 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517803124 | + | U.S. Bank Trust, N.A., as Trustee, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 517803123 | + | U.S. Bank Trust, N.A., as Trustee for LSF10 Master, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 516390123 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516421743 | | EDI: BECKLEE.COM | Aug 20 2021 00:28:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516261719 | + | EDI: AMEREXPR.COM | Aug 20 2021 00:28:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516261720 | + | EDI: AMEREXPR.COM | Aug 20 2021 00:28:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 516261721 | + | EDI: TSYS2.COM | Aug 20 2021 00:28:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 516261722 | + | EDI: TSYS2.COM | Aug 20 2021 00:28:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 516261724 | | EDI: CAPITALONE.COM | Aug 20 2021 00:28:00 | Capital One, 15000 Capital One Dr, Richmond, |

Case 16-22523-VFP    Doc 72    Filed 08/21/21    Entered 08/22/21 00:11:16    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 3180W | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | VA 23238 |
| 516261723 | + | EDI: CAPITALONE.COM | Aug 20 2021 00:28:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516341590 | | EDI: CAPITALONE.COM | Aug 20 2021 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516429533 | | EDI: BL-BECKET.COM | Aug 20 2021 00:28:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516261729 | | EDI: CITICORP.COM | Aug 20 2021 00:28:00 | Citibank Sears, 133200 Smith Rd, Cleveland, OH 44130 |
| 516261728 | + | EDI: CITICORP.COM | Aug 20 2021 00:28:00 | Citibank Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516857076 | | EDI: ECMC.COM | Aug 20 2021 00:28:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 516857077 | | EDI: ECMC.COM | Aug 20 2021 00:28:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 516261733 | + | EDI: IRS.COM | Aug 20 2021 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516261725 | | EDI: JPMORGANCHASE | Aug 20 2021 00:28:00 | Chase Card Services, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516261726 | | EDI: JPMORGANCHASE | Aug 20 2021 00:28:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516261727 | | EDI: JPMORGANCHASE | Aug 20 2021 00:28:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 516261735 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 19 2021 20:21:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516261734 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 19 2021 20:21:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516400849 | + | EDI: MID8.COM | Aug 20 2021 00:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516290556 | + | Email/Text: BKRMailOps@weltman.com | Aug 19 2021 20:21:00 | MMCA, Its Successor and Assigns, c/o Weltman, Weinberg & Reis Co LPA, 323 W. Lakeside Ave Suite 200, Cleveland OH 44113-1009 |
| 516261738 | + | Email/Text: bankruptcy@wofco.com | Aug 19 2021 20:21:00 | Mmca/c1, 6150 Omni Park Drive, Mobile, AL 36609-5195 |
| 516261739 | + | EDI: NAVIENTFKASMSERV.COM | Aug 20 2021 00:28:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 516261740 | + | EDI: NAVIENTFKASMSERV.COM | Aug 20 2021 00:28:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 516497262 | | EDI: PRA.COM | Aug 20 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Barnes & Noble, POB 41067, Norfolk VA 23541 |
| 516492163 | | EDI: PRA.COM | Aug 20 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 516301301 | | EDI: SALLIEMAEBANK.COM | Aug 20 2021 00:28:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 516261742 | + | EDI: SALLIEMAEBANK.COM | Aug 20 2021 00:28:00 | Sallie Mae, 300 Continental Dr, Newark, DE 19713-4322 |
| 516261744 | + | EDI: RMSC.COM | Aug 20 2021 00:28:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516261745 | | EDI: RMSC.COM | Aug 20 2021 00:28:00 | Synchrony Bank/Walmart, Po Box 965024, El Paso, TX 79998 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 516410701 | + | Email/Text: bncmail@w-legal.com | Aug 19 2021 20:21:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516261748 | | EDI: TFSR.COM | Aug 20 2021 00:28:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516261746 | + | EDI: WTRRNBANK.COM | Aug 20 2021 00:28:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 516261747 | + | EDI: WTRRNBANK.COM | Aug 20 2021 00:28:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518886135 | + | Email/Text: bknotices@snsc.com | Aug 19 2021 20:21:00 | U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association, as 95501-0305 |
| 518886134 | + | Email/Text: bknotices@snsc.com | Aug 19 2021 20:21:00 | U.S. Bank Trust National Association, as, Trustee of the FW Series I Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516261749 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516261730 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |
| 516304859 | ##+ | Navient Solutions, Inc. on behalf of, Massachusetts Higher Education Assistanc, d/b/a American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Michael J Gruber yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| David G. Beslow | on behalf of Joint Debtor Jennifer P Gruber yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 19, 2021 | Form ID: 3180W | Total Noticed: 53

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the FW Series I Trust bankruptcy@friedmanvartolo.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust N.A. Participation Trust smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST smncina@raslg.com |

TOTAL: 8